AUSA Gardner

# United States District Court

For the Western District of Texas
Austin Division

United States of America,
v.
**Jose Pedro Isea-Islava**
Aka: Jose Hurtado Aguayo, Jose Pedro Isca-Islaud, Jose Isca-Islava, Jose Isea Islava, Jose Pedro Isea Islava, Jose Isea, Jose Isea-Islava, Jose P Isea-Islava, Jose Pedro Isea-Islova, Jose Pedro Iseaislava, Jose Isel, Jose Islava, Jose Islava-Isea, Jose Llanes Hurtado

§
§
§
§
§
§
§
§

**FILED**
November 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____VAR_____
DEPUTY

Case Number: **1:25-MJ-1092**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **July 21**, **2025**, in the county of **Travis**, in the Western District of Texas, the defendant, **Jose Pedro Isea-Islava**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **July 21, 2025,** the defendant, an alien, was found in the Travis County Jail, in Austin Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **November 21**, **2022**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____ #10992
Signature of Complainant (B. Hayman)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

| | | |
|---|---|---|
| **November 18, 2025** | at | Austin, Texas |
| Date | | City and State |

Susan Hightower
United States Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer